**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANIEL J. P.,

Plaintiff,

v. No. 1:26-cv-01560-KG-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER FOR EXTENSION**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 12), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff shall file his Motion to Reverse or Remand to the Agency no later than **September 8, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **October 8, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS SO ORDERED** this 12th day of August, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE